# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-786
_____

RANDY A. ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

September 18, 2019

PER CURIAM.

AFFIRMED.

MAKAR, BILBREY, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Randy A. Anderson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.